U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 5 2006
CLERK, U.S. DISTRICT COURT
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARLINGTON NNABUIHE | ) | |
| | ) | |
| v. | ) | 3:05-CV-2115-H |
| | ) | |
| DALLAS COUNTY CRIMINAL COURTS, ET AL | ) ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __25__ day of __January__ 2006.

_____
BAREFOOT SANDERS
SENIOR JUDGE